UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CYNTHIA A. SAUNDERS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | No. 1:04-cv-300 |
| | ) | *Edgar / Carter* |
| JO ANNE B. BARNHARDT, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant.* | ) | |

## JUDGMENT

In accordance with the accompanying memorandum opinion and order, it is hereby **ORDERED AND ADJUDGED** that the decision of the Commissioner of Social Security is **REVERSED**. This case is **REMANDED** to the Commissioner of Social Security for an award of benefits to plaintiff Cynthia A. Saunders based on a finding of disability as of December 31, 1999. This is a **FINAL JUDGMENT**.

ENTER this *30th day of January, 2006*.

                                        */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                                        UNITED STATES DISTRICT JUDGE